IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JAMES P. HAFNER, | ) | |
| SSN: xxx-xx-4908 | ) | |
| | ) | CASE NO: 17-82779-CRJ-7 |
| SUSAN D. HAFNER, | ) | |
| SSN: xxx-xx-5652 | ) | |
| | ) | |
| Debtors. | ) | CHAPTER 7 |
| | ) | |
| _____) | | |
| | ) | |
| RAYMOND CRUMPTON, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | AP NO: 17-80105-CRJ |
| | ) | |
| JAMES PALMER HAFNER, | ) | |
| | ) | |
| Defendant. | ) | |

## ANSWER TO COMPLAINT

Comes now the Defendant, JAMES P. HAFNER, and for Answer to the COMPLAINT TO DETERMINE DISCHARGEABILITY filed by the Plaintiff, RAYMOND CRUMPTON, states as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Neither Admitted nor Denied.

5. Denied.

6. Denied.

7. Denied.

8. Denied.

9. Denied.

10. Denied.

11. Denied.

12. Denied.

13. Denied.

14. Denied.

/s/ G. John Dezenberg, Jr.
G. JOHN DEZENBERG, JR.
DEZENBERG & SMITH, PC
Attorneys for Defendant
908-C North Memorial Parkway
Huntsville, Alabama 35801
Phone: (256) 533-5097

### CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was served on the following by placing copies in the United States Mail, first-class postage prepaid, and addressed as follows:

| | |
|---|---|
| Hon. Judith Thompson | Hon. Tazewell T. Shepard, III |
| Chapter 7 Trustee | Sparkman, Shepard & Morris, PC |
| P.O. Box 18966 | P.O. Box 19045 |
| Huntsville, AL 35804 | Huntsville, AL 35804 |

Done this 3rd day of January, 2018.

                    /s/ G. John Dezenberg, Jr.
                    G. JOHN DEZENBERG, JR.
                    Attorney for Defendant