# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| In the Matter of: | } | |
| JAMES P. HAFNER | } | CASE NO. 17-82779-CRJ-7 |
| SSN: XXX-XX-4908 | } | |
| SUSAN D. HAFNER | } | |
| SSN: XXX-XX-5652 | } | CHAPTER 7 |
| Debtor(s). | } | |
| | | |
| RAY CRUMPTON | } | AP NO. 17-80105-CRJ-13 |
| | } | |
| Plaintiff(s), | } | |
| v. | } | |
| | } | |
| JAMES P. HAFNER | } | |
| | } | |
| Defendant(s). | } | |

## ORDER TO SHOW CAUSE WHY
## ADVERSARY PROCEEDING SHOULD NOT BE DISMISSED

On January 9, 2018, the Court entered an Order Granting Motion for Abstention and Stay of this Proceeding, to allow movant to liquidate his claims against the Debtor in State Court. No Action has taken place in the above-captioned Adversary Proceeding since the Court entered the Order of Abstention.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that counsel for the parties must appear on **January 7, 2019** at **10:00 a.m.** before the Honorable Clifton R. Jessup, Jr. at the United States Bankruptcy Court, **400 Well Street, Decatur, AL** and show cause why this Adversary Proceeding should not be dismissed.

Dated this the 11th day of December, 2018.

/s/  Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge